JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKIES ELRINGTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES OF LOS ANGELES, a public entity, RICHARD DELGADO, CARLOS GONZALEZ and DOES 3 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08369 MRW<br>*Magistrate Judge Michael R. Wilner; Crtm 550*<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION |

　　　Based on the stipulation of the parties, and good cause appearing therefore, this action is dismissed in its entirety, with prejudice.  Each party to bear their own attorneys' fees and costs.

　　　***IT IS SO ORDERED.***

DATED: ___11/15/23___　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

1